NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KACEY GRUDEM; CORY )
PETCOFF; SALLY PETCOFF; and )
THOMAS PETCOFF, )
)
      Appellants, )
)
v. ) Case No. 2D19-510
)
BLACKHÄGEN-DESIGN, INC.; )
COOL-VIEW, LLC; DAVID M. )
MEDINIS; BRIAN HUMMEL; BRAD )
HUMMEL; HAWKEYE )
DISTRIBUTING, LLC; OPTILIGHT )
LLC; and LINDA DONALDSON; )
)
      Appellees. )
_____ )

Opinion filed August 28, 2019.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for
Pinellas County; George M. Jirotka,
Judge.

John W. Frost, II, Frost Law Firm, P.A.,
Bartow, for Appellant.

Stephenie Biernacki Anthony and Lydia
M. Gazda of Anthony & Partners, LLC,
Tampa, for Appellee BlackHägen-
Design, Inc.

No appearance for remaining Appellees.

PER CURIAM.

      Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.